Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

District of

Division



|  |  |
|---|---|
| Welby Thomas Cox, Jr. (aka 099-62-033) | Case No. 1:23CV520 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| -v- | JUDGE BARRETT |
| US Department of Justice | MAGISTRATE JUDGE LITKOVITZ |
| *Defendant(s)* | |

## COMPLAINT AND REQUEST FOR INJUNCTION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Welby Thomas Cox, Jr, aka 09962033 |
   | Street Address | 308 W. South Street |
   | City and County | Centerville (Wayne) |
   | State and Zip Code | Indiana 47330 |
   | Telephone Number | 765-462-1634 |
   | E-mail Address | welby70@hotmail.com |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Zachary A. Myers |
| Job or Title *(if known)* | United States Attorney General |
| Street Address | 10 West Market, Suite 2100 |
| City and County | Indianapolis (Marion) |
| State and Zip Code | Indiana 46204 |
| Telephone Number | 317-226-6333 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

US v. Carpenter, 320 F. 3d 334 (Credit for Home Detention)
US v. Abreu-Cabrera, 94 F. 3d 47 (2d Cir, 1996) (Breach of Rule 35© Govt' Can't Raise New Issue on Remand)
US v. Dickler 64 F. 3d, 818-832 (No Second Bite of Apple on Remand)
US v. Rowe F. 3d (3rd Cir. April 2, 2019) No. 18-1192
US v. Chilaca, F 3d. (9th Cir. November 26, 2018 (No. 17-10296
18 USC 3663A(a)(1) (Restitution is mandatory for crimes of violence but only suggested for other crimes
US v. Ticchiarelli, 171 F. 3d 24 (1st Cir 1994) Judicial Bias
US v. Toohey 2nd. Cir. 2006, 448 F. 3d. 542 (2nd Cir. 2006) Unwarranted Sentence Departure
254.1 Peonage and Involuntary Servitude was ordered by Remand Judge which changed my sentence in conflict with the Rule on Sentencing.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Welby Thomas Cox, Jr. , is a citizen of the State of *(name)* Indiana .

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* US Department of Justice , is incorporated under the laws of the State of *(name)* DC ,
      and has its principal place of business in the State of *(name)* Washington, DC .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   During remand, Judge, refused to abide the ruling of the Court of Appelas reducing counts as Double Jeoparady. Plaintiff had served sufficient time to be released but Remand Judge who had heard the case would not abide, sending inmate back to prison for the full term and ordered payment of 53 cents per hour for the time served which was 61 months.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

There are two issues upon which I rely: 1. On December 16, 2009, the Court of Appeals, nine counts were vacated and I was ordered to a Remand. Judge Heyburn who had presided at trial, stated that he had the authority to not abide the ruling to set me free since I had served sufficient time, ordering me back to prison for the full term (61 Months) and stated in return for which the government would pay me 53 cents per hour for the time served which they never paid. 2. I have paid restitution as ordered by the court for the past sixteen years without any indication of any abnormality. Each year I have filed all inquires with financial backup as an audit without provocation or change by the US Attorney in Louisville, Kentucky where I was convicted. Now, out of the blue there is a charge that I am not paying enough and am delinquent. Is this the new math? I have been declared as indigent by the government and as such receive SNAP and Medicare. I have completed all the documents sent to me by the US Attorney and contrary to what the US Government has declared the US Attorney believes I should be paying more without any explanation and calculations based on net income from SS of less than $200.

B.  What date and approximate time did the events giving rise to your claim(s) occur?

July 15, 2023 at 12:00 prox

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. I was sent to jail on the day I was convicted
2. In the laGrange County Jail I was struck by an inmate and pushed from the cell for not giving up my food.
3. I was placed in cell with pedafiles and fought with a boy who talked daily about abusing children.
4. I was made to sleep in a plastic boot on the floor even though Federal inmates and seniors have priority.
5. At Manchester, I reported to sick bay and was seen by a Vietnamese nurse/practitioner who accussed me of killing her parents in Vietnam, though I told her I wasn't in the service. She gave me meds which poisoned me.
6. I was forced to file a Habeas Corpus since the warden refused to help me
7. I then was sent to UK Hospital, Hazard, Kentucky where surgery was performed on my kidneys.
8. Because of the Habeas, the warden placed me on "Diesel Therapy" where I was shackled hand and feet, taken from Manchester to Atlanta in a truck with no windows, no AC, no toilet, no water, no food for eight hours and I defacated and urinated in place as did the others.
9. After a month in a hell hole, I was placed on ConAire, flown to Syracuse, NY, where the plane filled with shackled inmates sat on tarmac for hours in the oven with no food or water. We were permitted to get off for a brief period in the blazing sun on asphalt while the US Marshalls strutted and drang cool water, pouring the residue out before us.
10. I then went to Oklahoma for a month and then to Marion, Ill and then to Leavenworth and then to my last prison before release on July 5, 2012.

IV.  **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

There is no one, not even the federal government which can stand in the way of right which keeps coming. I know that I was severly mistreated, wrongly incarciated but there was a moment in time which crystalized the evil culture which exist in the land of the free. During my trial, I insisted on testifying since I had nothing to hide and my activity was born of my making, I felt only I could explain the activities of my company. My son was a police officer in Louisville, Kentucky, was a marine and my hero! He died from injuries sustained while on duty on February 11, 2007. I was in deep mourning at the time of the trail, and basically an "empty suit." My lawyer asked me to talk about my son and our relationship. I had not cried since his death, I was a mummy, not hearing, not feeling but at that moment as I spoke of Tom, I began to weep in a gush in which I felt I was drowning and making involunteering jerks and bowing…it must have been a spectacle since Judge Heyburn ordered me to stop crying…who in the hell does that? I could not and he would not let me off the stand to gather myself. I have thought of that moment every day since it happened and I know this was a juge getting his revenge after a candidate I worked for in 1969 defeated him for County Attorney in Jefferson County, Kentucky.

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(1) I served 61 months x 30 days= 1830 days x 24 hours x .53=$23,277.60 x Rule of Seven = $186,216.00
(2) The entire case against me by US Attorney was based upon an investment by Wayne Armstrong in the amount of $2,000,000 dollars. Who like all investors was required to present himself before Trust Officers at National City Bank in Louisville, Kentucky 40202. At this time he was made to swear and sign a statement before Trustees (both lawyers) that the funds he was investing secured by the trust assets was money ha had earned, paid taxes on and was cleared as good, clean of non criminal origin by the Federal Reserve. (3) I did not know that Armstrong had stolen the funds until my trial when he was delivered from California to testify against me in a deal with the government. ($) I believe since the judge aqqnd US Attorney were parties to this manipulative corruption and conviction that I should be compensated for the time lost with family, the sadistic treatment by wardens and guards placing me on "Diesel Therapy", injuring my health requiring surgery by subscribing drugs which poisened me. and I am asking for punitive damages in the amount in the amount of $372,432 and my record expunged.

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

| | |
|---|---|
| Date of signing: | Until my trial AUGUST 14, 2023 |
| Signature of Plaintiff | *[signature]* |
| Printed Name of Plaintiff | Welby Thomas Cox, Jr. |
| | PRO SE |

**B.   For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____