# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF INDIANA

1:23-cv-01601-JPH-MJD

| | |
|---|---|
| Welby Thomas Cox, Jr. | ) Case No. 1:23-cv-520.MRB-KLL |
| Pro Se | ) |
| Plaintiff | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| | ) |
| Zachary A. Myers | ) |
| US Attorney General | ) |
| US Department of Justice | ) |
| Defendant | ) |

**FILED**

**10/24/2023**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## Application for Entry of Default Judgment

Comes Now, the Plaintiff, Pro Se having filed with fee, and court accepting same on September 8, 2023. The Defendant served as well via USPO. The filing reciting the historical facts of this case to substantiate a deliberate and illegal increase of restitution, paid timely for sixteen (16) years. Without a proper hearing or explanation, Defendant alleged that the Plaintiff was delinquent, and moreover was paying an insufficient amount monthly, though it was set by the court. Defendant caused the US Treasury to levy a monthly fee of 17% of Plaintiff's SSI from an 81-year-old labeled as an indigent by the US Government.

The Defendant, having been properly served on September 8, 2023 has thus far failed to answer timely as prescribed by law. Therefore, it is respectfully requested of the Clerk of the Court under Ind.R.Civ.P.55 to grant permission to go forward with a Motion for Default Judgment.



Plaintiff hereby swears under penalty of perjury that this is a true and accurate statement, a copy of which has been delivered to the Defendant via certified mail on this the 24th Day of October 2023.

Signed this the 21st day of October 2023

_____, Pro Se
Welby Thomas Cox, Jr.

308 W. South Street

Centerville, Indiana 47330-1129

765-462-1634

Welby70@hotmail.com


Certified Copy to:

Zachary A. Myers

302 W. Washington Street

Indianapolis, Indiana 40204


PS (1) I tried to use electronic filing but it would not take me to the template.

(2) I also attempted to send an email to the clerk and it was rejected.

(3) As an elderly Pro Se Plaintiff I beg some tolerance since I have been unable to retain counsel.