UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WELBY THOMAS COX, JR. a/k/a 099-62-033,<br><br>Plaintiff,<br><br>v.<br><br>US DEPARTMENT OF JUSTICE, ZACHARY A. MYERS United States Attorney General,<br><br>Defendants. | No. 1:23-cv-01601-JPH-MJD |

**FINAL JUDGMENT**

The Court now enters final judgment in favor of the defendants. The complaint is dismissed for failure to state a claim upon which relief can be granted.

Date: 3/7/2024

Roger A.G. Sharpe, Clerk

BY: _Carina Weed_

Deputy Clerk, U.S. District Court

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

WELBY THOMAS COX, JR.
308 W. South Street
Centerville, IN 47330

All electronically registered counsel